NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD LEE TSOSIE,**
*Plaintiff-Appellant,*

**v.**

**JAMES BROWN, DARRELL BOYD, BARACK OBAMA, UNITED STATES, THE NAVAJO NATION, WESLEY ADDAKAI, BRAM JACOBSON,** AND **DEBORAH WILLIAMS,**
*Defendants-Appellees.*

---

2013-1237

---

Appeal from the United States District Court for the District of Arizona in No. 12-CV-008, Chief Judge Roslyn O. Silver.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The United States moves to dismiss this appeal for lack of jurisdiction.

RONALD TSOSIE V. JAMES BROWN                                        2

Ronald Lee Tsosie appeals from the United States District Court for the District of Arizona's dismissal of his complaint, asserting violations of the 1868 Navajo Treaty, his Fifth Amendment due process and equal protection rights, the *Ex Post Facto* Clause, federal statutes, the Sixth Amendment, and a state law claim for legal malpractice. Tsosie's complaint does not raise any Little Tucker Act claims. This court is a court of limited jurisdiction, which does not include jurisdiction in this matter. 28 U.S.C. § 1295.

Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed. Transfer is appropriate here.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is denied.

(2) The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26